IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 04-0338
 ((((((((((((((((

 Barrie Brooks Jackson, Jr.

 v.

 GENERAL ELECTRIC CAPITAL ASSURANCE CORP. AND BANK ONE TEXAS, N.A.

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The motion to abate petition for review, filed on May 13, 2004,
is granted, and this case is ABATED.
 2. This case is removed from the Court's active docket. The
parties shall immediately notify this Court about any changes in status of
this case.

 Done at the City of Austin, this 17th day of May, 2004.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk